01

02

03

04

05

06          UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
07                  AT SEATTLE

08    UNITED STATES OF AMERICA,            )
                                           )    CASE NO. MJ 11-584
09            Plaintiff,                    )
                                           )
10            v.                            )
                                           )    DETENTION ORDER
11    COLE CLARK,                          )
                                           )
12            Defendant.                    )
     _____ )

13

14    <u>Offense charged</u>:        Distribution of Cocaine

15    <u>Date of Detention Hearing</u>:    December 6, 2011.

16            The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17    based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18    that no condition or combination of conditions which defendant can meet will reasonably

19    assure the appearance of defendant as required and the safety of other persons and the

20    community.

21            <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

22            1.      Defendant is reportedly a citizen of Canada.

DETENTION ORDER
PAGE -1

01   2.   The United States alleges that his presence in this country is illegal.   There is an

02   immigration detainer pending against him.   The issue of detention in this case is therefore

03   essentially moot, as the defendant would be released to immigration custody if not detained in

04   this case.

05   3.   Defendant and his counsel offer no opposition to entry of an order of detention.

06   4.   Upon advice of counsel, defendant declined to be interviewed by Pretrial

07   Services.   Therefore, there is limited information available about him.

08   5.   There does not appear to be any condition or combination of conditions that will

09   reasonably assure the defendant's appearance at future Court hearings while addressing the

10   danger to other persons or the community.

11   It is therefore ORDERED:

12   1.   Defendant shall be detained pending trial and committed to the custody of the Attorney

13   General for confinement in a correction facility separate, to the extent practicable, from

14   persons awaiting or serving sentences or being held in custody pending appeal;

15   2.   Defendant shall be afforded reasonable opportunity for private consultation with

16   counsel;

17   3.   On order of the United States or on request of an attorney for the Government, the

18   person in charge of the corrections facility in which defendant is confined shall deliver

19   the defendant to a United States Marshal for the pupose of an appearance in connection

20   with a court proceeding; and

21   4.   The Clerk shall direct copies of this Order to counsel for the United States, to counsel

22   for the defendant, to the United States Marshal, and to the United State Pretrial Services

01    Officer.

02    DATED this <u>6th</u> day of December, 2011.

03
                                            Mary Alice Theiler
04                                          United States Magistrate Judge